OPINION — AG — ** SALARIES — INCREASING DURING TERM OF OFFICE ** ARTICLE XXIII, SECTION 10 AND 11 O.S. 12-106 [11-12-106](3), PROHIBITS CHANGES IN THE SALARY OR EMOLUMENTS OF A TRUSTEE OF TOWN AFTER HIS ELECTION OR APPOINTMENT, OR DURING HIS TERM OF OFFICE, UNLESS BY OPERATION OF LAW ENACTED PRIOR TO SUCH ELECTION OR APPOINTMENT. (TRUSTEES MUNICIPALITIES, CITY MANAGER, ORDINANCES) CITE: ARTICLE XXIII, SECTION 10, 11 O.S. 12-101 [11-12-101], 11 O.S. 12-106 [11-12-106](3), 11 O.S. 12-112 [11-12-112] (M. DENISE GRAHAM)